**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICIA A. RICHARDSON, | : |
| Plaintiff, | : Civil Action No. 15-2325 (MAS) (DEA) |
| v. | : **MEMORANDUM ORDER ON** |
| | : **APPLICATION TO PROCEED** |
| MERCER COUNTY SUPERIOR COURT | : **WITHOUT PREPAYMENT OF FEES** |
| OF NEW JERSEY, et al., | : |
| Defendants. | : |

This matter comes before the Court on the application of Plaintiff Patricia A. Richardson ("Plaintiff") to proceed without prepayment of fees under 28 U.S.C. § 1915. (Application, ECF No. 1-1.) The Court will grant the application on the strength of Plaintiff's allegation of indigence but dismiss the Complaint (ECF No. 1) because it fails to state a claim upon which relief may be granted. *See* 28 U.S.C. § 1915(e)(2)(B).

Plaintiff asserts a claim for damages against Mercer County Superior Court of New Jersey, the Honorable Pedro Jiminez, J.S.C., the Honorable Mary Jacobson, J.S.C., the Honorable Douglas H. Hurd, P.J.C., the Honorable Paul Innes, J.S.C., the Honorable Thomas W. Sommers, J.S.C., the Office of the County Prosecutor, Prosecutor Joseph L. Boccini, Sergeant Tracy McKeown, and Deputy Clerk of Superior Court Sue Regan ("Defendants") for alleged unlawful acts of discrimination. More specifically, Plaintiff claims that "Defendants knowingly and willingly conspired to execute unethical and unlawful acts of discrimination against me and my eyewitness Richard Hopson." (Compl. 2.) The Complaint's jurisdictional statement provides that "[i]n a deposition on March 2, 2010[,] liability was claimed [;] the Defendants conspired to proceed as if it was a dispute." (*Id.* at 1.)

Based on these allegations, the Court cannot discern a valid or cognizable claim against the Defendants. Accordingly, Plaintiff's Complaint is dismissed for failure to state a claim upon which relief may be granted.

Accordingly,

IT IS, on this 3rd day of August 2015, **ORDERED** that:

1. Plaintiff's application to proceed *in forma pauperis* is hereby granted pursuant to 28 U.S.C. § 1915;

2. The Clerk of the Court shall file the Complaint without prepayment of fees or security;

3. The Complaint is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim; and

4. The Clerk of the Court shall mark this matter CLOSED.

*/s/ Michael A. Shipp*
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**